## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

FRANKLIN D. AZAR &
ASSOCIATES, P.C.,

    Plaintiff,

v.

JERRY L. BRYANT, ET AL.,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§

Civil Action No.: 4:17-cv-00418

### ORDER

Pending before the Court is Plaintiff Franklin D. Azar & Associates, P.C.'s ("Plaintiff") Unopposed Motion for Leave to Exceed Page Limit (the "Motion") (Dkt. 82). Upon consideration, the Court finds the Motion (Dkt. 82) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion (Dkt. 82) is **GRANTED** and Plaintiff's Motion for Partial Summary Judgment Against Defendants Coety Layne Bryant and Lauren von Atkinson McNeil (Dkt. 89) is deemed filed.

**IT IS SO ORDERED**.

**SIGNED this 11th day of April, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

1