# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | ACTION NO. 4:17-CV-418<br>JUDGE MAZZANT/JUDGE JOHNSON |
| JERRY L. BRYANT, et al., | § § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 4, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #197) that Plaintiff Franklin D. Azar & Associates, P.C. ("Azar") and Defendant The Law Office of Bruce M. White, L.C.'s ("White") Stipulation of Dismissal with Prejudice as to White (the "Stipulation") (Dkt. #194) be **GRANTED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Stipulation (Dkt. #194) is **GRANTED**. Azar's claims against The Law Office of Bruce M. White, L.C. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 19th day of February, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE