# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C., | § § § § | |
| Plaintiff, | § § | ACTION NO. 4:17-CV-418 |
| v. | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| JERRY L. BRYANT, et al., | § § § § § | |
| Defendants. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #223) that Plaintiff Franklin D. Azar & Associates, P.C. ("Azar") and Defendant Gruber Law Offices, LLC's ("Gruber") Stipulation of Dismissal with Prejudice as to Gruber (the "Stipulation") (Dkt. #222) be **GRANTED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Stipulation (Dkt. #222) is **GRANTED**. Azar's claims against Gruber Law Offices, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.
**SIGNED** this 30th day of March, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE