# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **Franklin D. Azar & Associates, P.C.,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-418 |
| | § | |
| **Jerry L. Bryant,** *et al.***,** | § | |
| | § | |
| **Defendants** | § | |

## SATISFACTION OF AGREED FINAL JUDGMENT

On July 31, 2019, the Court entered an Agreed Final Judgment (dkt. 329) ("***Judgment***") in favor of the Plaintiff, Franklin D. Azar & Associates, P.C. ("***Azar PC***"), and against Defendants, Coety Layne Bryant, Exclusive Legal Marketing, Inc, and Prime Legal Leads, LLC, jointly and severally, in the amount of $500,000.00, together with post-judgment interest and court costs. Additionally, the Judgment granted declaratory relief. The Judgment was entered pursuant to the terms of a settlement agreement ("***Agreement***") between Azar PC, Coety Layne Bryant, Exclusive Legal Marketing, Inc, Prime Legal Leads, LLC, and Deana Bryant (the "***Bryant Parties***").

The Bryant Parties have completed payment obligations to Azar PC under the Agreement. Therefore, Azar PC, in accordance with the Agreement, hereby acknowledges payment in full of the monetary portion of the Judgment. This satisfaction shall not operate to vacate the declaration in the Judgment that Exclusive Legal Marketing, Inc. and Prime Legal Leads, LLC are the alter-egos of PI Advertising, Inc.

**WHEREFORE**, Plaintiff, Franklin D. Azar & Associates, P.C., acknowledges satisfaction of the Judgment, and the Clerk is directed to notate on the docket the complete satisfaction of the monetary award within the Judgment.

Dated: March 8, 2021.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.**

*/s/Jeffrey G. Tinkham*
By: Jeffrey G. Tinkham, Of Counsel
   State Bar No. 20056300
Dale Jefferson
State Bar No. 10607900
Michael Watson
State Bar No.  24008246
808 Travis St., Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile:  (713) 222-0101
tinkham@mdjwlaw.com
jefferson@mdjwlaw.com
watson@mdjwlaw.com
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF CONFERNCE

I certify that I have conferred with counsel for the Bryant Parties, Jeff Lynch, and the Bryant Defendants have agreed to the relief requested.

*/s/Jeffrey G. Tinkham*
Jeffrey G. Tinkham

## CERTIFICATE OF SERVICE

I certify I filed this Satisfaction of Agreed Final Judgment via the ECF system on this 8th day of March 2021, and that all parties entitled to notice thereof were thereby served.

*/s/Jeffrey G. Tinkham*
Jeffrey G. Tinkham
